111

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 16 1994

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY LAWSON and | § | |
| LIFEMED TECHNOLOGIES, INC., | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-92-1331 |
| | § | |
| RUDOLF RIESTER, GmbH AND CO. | § | |
| KG, and KARL HEINZ RIESTER, | § | |
| Defendants | § | |

## FINAL JUDGMENT

This cause was heard before Honorable Sim Lake, United States District Judge, and a jury, at the United States District Court for the Southern District of Texas, Houston Division. The Court submitted issues to the jury, the jury rendered a verdict, and, after polling the jury, the verdict, ~~a true and correct copy of which is attached to this Final Judgment as Exhibit "A~~", was accepted by the Court. In its verdict, the jury found (i) damages in favor of Plaintiff Lifemed Technologies, Inc. ("Lifemed") and against Defendant Rudolf Riester GmbH & Co. KG ("Riester Company") in the total amount of $23,969.00, (ii) damages in favor of Lifemed and against Riester Company and Defendant Karl Heinz Riester ("Karl Heinz"), jointly and severally, in the total amount of $42,519.00, and (iii) damages in favor of Riester Company and against Lifemed in the total amount of $1,102,090.16. In accordance with the verdict, the court finds that the damages found in favor of Lifemed are completely offset and paid by the damages found in favor of Riester Company and that Riester Company and Karl Heinz are the prevailing parties. Based on the verdict of the jury, it is

ClibPDF - www.fastio.com

ORDERED, ADJUDGED, AND DECREED that Rudolf Riester & Co. KG have and recover Lifemed Technologies, Inc., the sum of ONE MILLION THIRTY-FIVE THOUSAND SIX HUNDRED TWO AND 16/100 DOLLARS ($1,035,602.16), together with interest thereon at the rate of 6.80% percent per annum from the date of this judgment until paid as provided by law;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Lifemed Technologies, Inc., and Larry Lawson take nothing by their claims against Rudolf Riester & Co. KG and Karl Heinz Riester;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Rudolf Riester & Co. KG and Karl Heinz Riester have and recover their costs of this action, not including attorneys fees, to be taxed by the clerk, from Lifemed Technologies, Inc., and Larry Lawson, jointly and severally.

All other relief requested by any party to this cause and not expressly granted by this Final Judgment is denied.

DATED at Houston, Texas this 15th day of December, 1994.

UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com

APPROVED AND ENTRY REQUESTED:

Russell D. Weaver
State Bar No. 21010900
Southern Dist. No. 6979
1980 Post Oak Boulevard, Suite 700
Houston, Texas 77056
(713) 966-7200 Telephone
(713) 966-7230 Telecopier
Attorney-in-Charge for
Rudolf Riester GmbH & Co. KG
and Karl Heinz Riester

ClibPDF - www.fastio.com